1  Lori A. Schweitzer (SB #104882)
   Shahrad Milanfar (SB # 201126)
2  BECHERER, KANNETT & SCHWEITZER       **E-filed 11/8/05**
   2200 Powell Street, Suite 805
3  Emeryville, CA 94608
   Telephone: (510) 658-3600
4  Facsimile:  (510) 658-1151

5  Attorneys for Defendant
   ROBIN B. McNabb
6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 CONAL WILMOT AND VON WILMOT,  )  Case No.: C02-03720 JF
                                 )
12         Plaintiff,             )
                                 )  STIPULATION BETWEEN PLAINTIFFS
13     vs.                        )  AND DEFENDANT ROBIN B. MCNABB
                                 )  TO CONTINUE THE STATUS HEARING
14 ROBIN MCNABB, et al.           )  SCHEDULED FOR NOVEMBER 18,
                                 )  2005 TO FEBRUARY 3, 2006
15         Defendants.            )
                                 )
16 _____   )

17

18     Because Robin B. McNabb's Bankruptcy action in Arizona is

19 still pending, plaintiff Von Wilmot and defendant Robin B. McNabb

20 by and through their respective counsel, stipulate and request

21 that the "Status Re: Bankruptcy hearing" now set for Friday,

22 November 18, 2005 at 10:30 a.m. be rescheduled. The parties

23 request that the Court reschedule the hearing for Friday,

24

25 //

26 //

27 //

28 //

-1-

**Becherer Kannett & Schweitzer**
2200 Powell St.
Suite 805
Emeryville, CA 94608
510-658-3600

//

February 3, 2006, at 10:30 a.m. in Courtroom 3 of this Court.

Dated: 10/31/05                    Law Office of Richard E. Levine

_____
Denis Kenney, Esq.

Dated:                             Becherer, Kannett & Schweitzer

_____
Shahrad Milanfar, Esq.

herer
nett &
weitzer

St.
105
ville, CA

8-3600

-2-

1  February 3, 2006, at 10:30 a.m. in Courtroom 3 of this Court.

2  Dated:                                    Law Office of Richard E. Levine

3

4  _____

5  Denis Kenney, Esq.

6

7  Dated: 10/31/05                          Becherer, Kannett & Schweitzer

8

9  *[signature]*

10 _____

   Shahrad Milanfar, Esq.

11

12

13

14  IT IS SO ORDERED             /s/electronic signature authorized

15  11/8/05                      Judge Jeremy Fogel
                                 United States District Court

Becherer Kannett & Schweitzer
2200 Powell St. Suite 805
Emeryville, CA 94608
510-658-3600

-2-