\*\*E-filed 1/31/06\*\*

1  Lori A. Schweitzer (SB #104882)
   Shahrad Milanfar (SB # 201126)
2  BECHERER, KANNETT & SCHWEITZER
   2200 Powell Street, Suite 805
3  Emeryville, CA 94608
   Telephone: (510) 658-3600
4  Facsimile:  (510) 658-1151

5  Attorneys for Defendant
   ROBIN B. McNabb
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10
   CONAL WILMOT AND VON WILMOT,   )   Case No.: C02-03720 JF
11                                )
            Plaintiff,             )
12                                )   **STIPULATION BETWEEN PLAINTIFF**
       vs.                        )   **AND DEFENDANT ROBIN B. MCNABB**
13                                )   **TO CONTINUE THE STATUS HEARING**
   ROBIN MCNABB, et al.           )   **SCHEDULED FOR FEBRUARY 3, 2006**
14                                )   **TO AUGUST 4, 2006**
            Defendants.            )
15                                )
                                   )
16 ─────────────────────────────

17

18      Because Robin B. McNabb's Bankruptcy action in Arizona is

19 still pending, plaintiff Von Wilmot and defendant Robin B. McNabb

20 by and through their respective counsel, stipulate and request

21 that the "Status Re: Bankruptcy hearing" now set for Friday,

22 February 3, 2006 be rescheduled.

23

24 //

25 //

26 //

27 //

28 //

-1-

The parties request that the Court reschedule the hearing for Friday, August 4 2006, at 10:30 a.m. in Courtroom 3 of this Court.

Dated: 1/19/06

Scherer, Smith & Kenny

_/s/ Denis Kenny_
Denis Kenny, Esq.

Dated: 1/19/06

Becherer, Kannett & Schweitzer

_/s/ Shahrad Milanfar_
Shahrad Milanfar, Esq.

1/27/06

**IT IS SO ORDERED**
_/s/ Judge Jeremy Fogel_
Judge Jeremy Fogel

United States District Court
Northern District of California

Becherer
Kannett &
Schweitzer

2200 Powell St.
Suite 805
Emeryville, CA
94608
510-658-3600

-2-