1  Lori A. Schweitzer (SB #104882)
   Shahrad Milanfar (SB # 201126)                    **E-filed 7/20/06**
2  BECHERER, KANNETT & SCHWEITZER
   2200 Powell Street, Suite 805
3  Emeryville, CA 94608
   Telephone: (510) 658-3600
4  Facsimile:  (510) 658-1151

5  Attorneys for Defendant
   ROBIN B. McNabb
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10
   CONAL WILMOT AND VON WILMOT,    )    Case No.: C02-03720 JF
11                                 )
               Plaintiff,          )
12                                 )    STIPULATION BETWEEN PLAINTIFF
       vs.                         )    AND DEFENDANT ROBIN B. MCNABB
13                                 )    TO CONTINUE THE STATUS HEARING
   ROBIN MCNABB, et al.            )    SCHEDULED FOR AUGUST 4, 2006
14                                 )    TO JANUARY 12, 2007
               Defendants.         )
15                                 )
                                   )
16 _____)

17

18        Because Robin B. McNabb's Bankruptcy action in Arizona is

19 still pending, plaintiff Von Wilmot and defendant Robin B. McNabb

20 by and through their respective counsel, stipulate and request

21 that the "Status Re: Bankruptcy hearing" now set for Friday,

22 August 4, 2006 be rescheduled.

23

24 //

25 //

26 //

27 //

28 //

                                -1-

1    The parties request that the Court reschedule the hearing

2  for Friday, January 12, 2007, at 10:30 a.m. in Courtroom 3 of

3  this Court.

4  Dated:  7/13/06                    Scherer, Smith & Kenny

5

6

7                                     Denis Kenny, Esq.

8

9  Dated:                             Becherer, Kannett & Schweitzer

10         7/11/06

11

12                                    Shahrad Milanfar, Esq.

13

14

15  Approved by:

16

17  Dated:      7/20/06

18                                    The Honorable Jeremy Fogel

19

20

21

22

23

24

**Becherer
Kannett &  25
Schweitzer**

26
2200
Powell St.
Suite 805   27
Emeryville CA
94608
510-658-3600  28

-2-