\*\*E-filed 1/10/07\*\*

```
Lori A. Schweitzer (SB #104882)
Shahrad Milanfar (SB # 201126)
BECHERER, KANNETT & SCHWEITZER
2200 Powell Street, Suite 805
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Attorneys for Defendant
ROBIN B. McNabb
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONAL WILMOT AND VON WILMOT,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBIN MCNABB, et al.<br><br>    Defendants. | Case No.: C02-03720 JF<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ROBIN B. MCNABB TO CONTINUE THE STATUS HEARING SCHEDULED FOR JANUARY 12, 2007 to June 22, 2007** |

    Because Robin B. McNabb's Bankruptcy action in Arizona is still pending, plaintiff Von Wilmot and defendant Robin B. McNabb by and through their respective counsel, stipulate and request that the "Status Re: Bankruptcy hearing" now set for Friday, January 12, 2007 be rescheduled.

//
//
//
//
//

-1-

Becherer Kannett & Schweitzer
2200 Powell St.
Suite 805
Emeryville, CA 94608
510-658-3600

The parties request that the Court reschedule the hearing for Friday, June 22, 2007, at 10:30 a.m. in Courtroom 3 of this Court.

Dated: 1/2/07

Scherer, Smith & Kenny

Denis Kenny, Esq.

Dated: 12/20/06

Becherer, Kannett & Schweitzer

Shahrad Milanfar, Esq.

Approved by:

Dated: 1/10/07

The Honorable Jeremy Fogel

Becherer Kannett & Schweitzer
200 Powell St, Suite 505
Emeryville, CA 94608
10-658-3600

-2-